Case 2:25-cv-00326   Document 14   Filed 01/06/26 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SEGUNDO MANUEL CELA GUAMAN, | § § § § | |
| Petitioner, | | |
| VS. | § | CIVIL ACTION NO. 2:25-CV-00326 |
| MIGUEL VERGARA, *et al.*, | § § § § | |
| Respondents. | | |

## ORDER

Petitioner filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On December 16, 2025, Respondent was ordered to file an answer and any dispositive motions or responsive pleading within 20 days. (D.E. 6, Page 3). Respondent was specifically instructed that "Any dispositive motions filed by Respondent shall be filed separately from Respondent's answer." (D.E. 6, Page 3) (emphasis in original). Respondent has now filed a "Response to Petition for Writ of Habeas Corpus and Motion for Summary Judgment," docketing the filing as an "Answer to Complaint by Pamela Bondi, Kristi Noem and Miguel Vergara," and not as a motion. (D.E. 13). Accordingly, Respondent has failed to comply with the undersigned's December 16, 2025 Order. (D.E. 6). However, upon review of the filing, the Court construes it only as a Motion for Summary Judgment and **DIRECTS** the Clerk of Court to docket it as such and as a pending motion.

ORDERED on January 6, 2026.

_____
Jason B. Libby
United States Magistrate Judge