United States District Court
Southern District of Texas
**ENTERED**
January 21, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SEGUNDO MANUEL CELA GUAMAN, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:25-CV-00326 |
| | § | |
| MIGUEL VERGARA, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Petitioner, who is represented by counsel, has filed this petition for writ of habeas corpus under 28 U.S.C. § 2241. On December 16, 2025, the parties were ordered to "separately file an advisory as to whether this habeas action should be part of a class action recently filed in California" within 30 days. (D.E. 6, Page 3). To date, neither party has complied. Therefore, the parties are **ORDERED** to comply with the undersigned's December 16, 2025 Order by filing such advisories on or before **January 26, 2026**. Further, Respondent has filed a Motion for Summary Judgment, although Respondent failed to comply with the undersigned's order to file it separately from the answer. (D.E. 14 and D.E. 15). Petitioner's response to the Motion for Summary Judgment was due on or before January 19, 2026. (D.E. 6, Page 3). No response was filed. However, the undersigned believes a short extension is warranted. Petitioner shall file a response to the Motion on or before **January 30, 2026**.

ORDERED on January 21, 2026.

Jason B. Libby
United States Magistrate Judge