Case 2:25-cv-00326   Document 20   Filed 01/26/26 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SEGUNDO MANUEL CELA GUAMAN, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:25-CV-00326 |
| | § | |
| MIGUEL VERGARA, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Petitioner, who is represented by counsel, has filed this petition for writ of habeas corpus under 28 U.S.C. § 2241. Pending is Respondent's Emergency Motion to Modify Court's Order and Motion to Dismiss Petition as Moot, which Respondent filed as Unopposed. (D.E. 19). Respondent attaches Petitioner's final order of removal, stating "Petitioner waived appeal of the Immigration Judge's decision." (D.E. 19, Page 2 and D.E. 19-1). Accordingly, the Motion is **GRANTED**, and the petition is **DISMISSED** without prejudice. (D.E. 19). All other pending motions are **DENIED** as moot and all deadlines and settings are **VACATED**. The Clerk of Court is **ORDERED** to close this case.

ORDERED on January 26, 2026.

Jason B. Libby
United States Magistrate Judge